# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYNK LABS, INC., | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No.: 15-cv-04833 |
| | ) Hon. Virginia Kendall |
| JUNO LIGHTING LLC, and | ) |
| JUNO MANUFACTURING, INC. | ) |
|         Defendants. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants Juno Lighting LLC and Juno Manufacturing, Inc. ("Juno") hereby move this Court to order the District Court Clerk's Office to file Exhibit B to JOINT STATUS REPORT under seal. This document contains information that Plaintiff Lynk Labs, Inc. has designated as "Confidential" under the protective order in this case.

Respectfully submitted,

Dated: April 22, 2016

/s/ Benjamin J. Bradford
Benjamin J. Bradford (IL Bar No. 6285800)
Lisa M. Schoedel (IL Bar No. 6279700)
Michael G. Babbitt (IL Bar No. 6295811)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350
bbradford@jenner.com
lschoedel@jenner.com
mbabbitt@jenner.com

*Counsel for Juno Lighting LLC and Juno Manufacturing, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2016, I caused true and correct copies of MOTION FOR LEAVE TO FILE UNDER SEAL to be served on all counsel of record via the Court's ECF system.

                                                    /s/ Benjamin J. Bradford